**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 10-1585**

MICHAEL J. SINDRAM,

             Plaintiff - Appellant,

       v.

CITY OF TAKOMA PARK POLICE DEPARTMENT;  K.  GILBERT;  MR.
WOLFF, #8352; TERRY JOHNSSON,

             Defendants - Appellees.

Appeal from the United States District Court for the District of
Maryland,  at  Greenbelt.    Peter  J.  Messitte,  Senior  District
Judge. (8:10-cv-00681-PJM)

Submitted:  August 19, 2010          Decided:  August 27, 2010

Before MOTZ, GREGORY, and AGEE, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Michael J. Sindram, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Michael J. Sindram appeals a district court order denying his motion for reconsideration. We have reviewed the record and the district court's order and affirm for the reasons stated by the district court. See Sindram v. City of Takoma Park Police, No. 8:10-cv-00681-PJM (D. Md. filed Apr. 26, 2010; entered Apr. 28, 2010). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED